**Ray D. LEWELLING, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 05–3197.

United States Court of Appeals,
Federal Circuit.

July 27, 2005.

**ORDER**

Order Vacated, See 2005 WL 2027417.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Pamela GRAY, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY.**

No. 05–3206.

United States Court of Appeals,
Federal Circuit.

July 27, 2005.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.